IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUAN MOLINA RAMIREZ,<br>　　PLAINTIFF,<br><br>V.<br><br>HAVERTY FURNITURE COMPANIES, INC.,<br>　　DEFENDANT. | §<br>§<br>§<br>§　CASE NO. 3:23-CV-778-N-BK<br>§<br>§<br>§<br>§<br>§ |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. *Defendant's Motion for Judgment on the Pleadings and Brief in Support*, Doc. 28, is **GRANTED**.

**SO ORDERED** this 12th day of January, 2024.

_____
David C. Godbey
Chief District Judge